**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ashton Bell 28 Property LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Infinite Marketing Group of Arizona LLC;<br>Valdel Xtent US, LLC,<br><br>    Defendants. | No. CV 07-2092-PHX-JAT<br><br>**ORDER** |

    IT IS ORDERED that on February 4, 2008, at 11:30 a.m., Plaintiff shall appear and show cause why this case should not be dismissed for lack of federal subject matter jurisdiction. Specifically, Plaintiff alleged jurisdiction based on 28 U.S.C. §1332, which requires complete diversity of citizenship. However, Plaintiff failed to alleged the citizenship of each member of each limited liability company; therefore, Plaintiff failed to allege the citizenship of the parties sufficient to establish diversity jurisdiction.[1]

    DATED this 3rd day of January, 2008.

*[signature]*
James A. Teilborg
United States District Judge

---

[1] Unincorporated enterprises are analogized to partnerships, which take the citizenship of every general and limited partner. *Carden v. Arkoma Associates*, 494 U.S. 185 (1990). ... [L]imited liability companies are citizens of every state of which any member is a citizen. *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 692 (7th Cir. 2003); *see also Johnson v. Columbia Properties Anchorage,* 437 F.3d 894, 899 (9th Cir. 2006).